UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:13-cr-00614-AA |
| Plaintiff, | OPINION AND ORDER |
| v. | |
| VICTOR RIVERA-CRUZ, | |
| Defendant. | |

AIKEN, Judge:

Defendant seeks a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 of the United States Sentencing Guidelines (USSG). Defendant's motion is denied.

Defendant was sentenced to a mandatory minimum sentence of 120 months as required by statute, and Amendment 782 does not apply to his sentence and cannot provide the relief he seeks. *See* USSG § 1B1.10, app. n. 1(A) (a sentence reduction is not authorized if "an amendment does not

1    - OPINION AND ORDER

have the effect of lowering the defendant's applicable guideline range because of the operation of another guideline or statutory provision (e.g., a statutory mandatory minimum term of imprisonment)"); *United States v. Paulk*, 569 F.3d 1094, 1095-96 (9th Cir. 2009) (per curiam).

Accordingly, defendant's motion for reduction of sentence (doc. 37) is DENIED.

IT IS SO ORDERED.

Dated this 9th day of November, 2016.

/s/ Ann Aiken
Ann Aiken
United States District Judge

2    - OPINION AND ORDER